**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANCISCO FLORES, individually, and on behalf of all others similarly situated,

    Plaintiff,

v

BALLY TOTAL FITNESS CORPORATION, and DOES 1 through 100, inclusive,

    Defendants.

No C 08-5158 VRW

ORDER

By notice dated December 5, 2008, defendant Bally Total Fitness Corporation advised the court that it has filed for bankruptcy protection and that this action is subject to an automatic stay. Doc # 16. The clerk is directed to close this case administratively; the clerk shall reopen the case upon the petition of either party in the event the bankruptcy stay is no longer in effect and plaintiff Francisco Flores wishes to resume prosecuting this action.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge